ACCEPTED
12-15-00006-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/25/2015 9:49:48 AM
CATHY LUSK
CLERK

IN THE COURT OF APPEALS
TWELFTH SUPREME JUDICIAL DISTRICT

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/25/2015 9:49:48 AM
CATHY LUSK
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | |
| VS. | § | NO. 12-15-00006-CR |
| | § | |
| ROGER WHITENER | § | |

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The State in the above captioned case, through the undersigned Assistant Criminal District Attorney, moves the Court for an extension of time in which to file the State's brief. As grounds therefore, the State shows the Court the following:

1. The present deadline for filing the State's brief: June 29, 2015

2. The length of time requested for an extension: 45 Days

7. The number of extensions previously requested by the State: None

8. The facts relied upon to show good cause for the requested extension is set forth in the attached affidavit.

Respectfully submitted,

Allison Flanagan
Assistant Criminal District Attorney
Van Zandt County, Texas
400 S. Buffalo
Canton, Texas 75103
903-567-4104
State Bar No. 24080057
ATTORNEY FOR THE STATE

State's Motion for Extension of Time to File Brief
SOT v. Roger Whitener; 12-15-00006-CR
Trial Court Case Number CR13-00643

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared ALLISON FLANAGAN, who, after being duly sworn stated:

"I am the attorney for the State in the above-entitled and numbered cause. The State's request for an extension of time is based upon the following facts:

The Van Zandt County Criminal District Attorney's Office does not have an appellate division or any attorneys dedicated to appellate work. I have not had sufficient time to complete the State's brief in this matter prior to the stated deadline of June 29, 2015 or this present date. I have been in several trials (2013-00114, 2012-00098, CR09-00311) and prepping for a large upcoming trial (CR14-00493). I have also been busy with Grand Jury, misdemeanor and felony courts, and protective orders that have kept me from being able to sufficiently prepare a brief.

If the Motion for Extension of Time is granted, I fully expect to have the brief submitted timely and do not anticipate the need to file any additional requests for extensions."

Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on the 25 day of June , 2015 .

Notary Public in and for
The State of Texas
Printed Name: Julia Nicole Irby
My Commission Expires: 5/21/16

JULIA NICOLE IRBY
Notary Public
STATE OF TEXAS
My Comm. Exp. May 21, 2016

State's Motion for Extension of Time to File Brief
SOT v. Roger Whitener; 12-15-00006-CR
Trial Court Case Number CR13-00643

## CERTIFICATE OF SERVICE

I, ALLISON FLANAGAN, do hereby certify that a true and correct copy of the foregoing instrument was emailed to the Appellant's Attorney of Record, Mr. James Huggler at jhuggler@sbcglobal.net on June 25, 2015.

_ALLISON FLANAGAN_
ALLISON FLANAGAN